IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RONALD DEE O'NEAL**  **PETITIONER**
**ADC #128560**

v.          CASE NO.: 5:06CV00327-SWW-BD

**LARRY NORRIS,**  **RESPONDENTS**
**Director, Arkansas Department**
**of Correction, et al.**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's petition for writ of habeas corpus (#1) and addendum (#33) are DISMISSED, with prejudice.

IT IS SO ORDERED, this 4th day of August, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE